UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GINA M. RIVERA,

                        Plaintiff,

   vs.                                        1:05-CV-1454
                                                      (J. Hurd)

COMMISSIONER OF SOCIAL
SECURITY,

                        Defendant.
_____

GUSTAVE J. DI BIANCO, Magistrate Judge

### ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES IN A SOCIAL SECURITY CASE

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915, it is hereby

**ORDERED,** that the application is **GRANTED**, and it is further

**ORDERED,** that the Clerk issue summons and the attorney for plaintiff serve a copy of the complaint, summons and this Order upon the United States Attorney for the Northern District of New York, and it is further

**ORDERED,** that the attorney for plaintiff is directed to complete service of process by serving the Commissioner of Social Security and the Attorney General of the United States in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Dated:   November 23, 2005

                                                       _____
                                                       Hon. Gustave J. DiBianco
                                                     U.S. Magistrate Judge